

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**; Union Pacific Railroad Company; and Ezra Alderman Ranches, Inc., Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellants' notice of appeal states appellants desire to appeal a February 2018 order granting a no-evidence motion for summary judgment filed by one of three defendants, Ezra Alderman Ranches, Inc., and a June 2019 order granting a traditional motion for summary judgment filed by another defendant, Lonestar Resources, Inc. The clerk's record shows the June 2019 order severs the claims against Lonestar Resources, Inc. into a separate cause for the purpose of rendering a final judgment in the severed cause. Ezra Alderman Ranches, Inc. has filed a motion to dismiss this appeal arguing there is no final appealable judgment.

Generally, this court has jurisdiction over appeals from final judgments only. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). A judgment is final for purposes of appeal only if it actually disposes of all parties and claims then before the court or if "it states with unmistakable clarity that it is a final judgment as to all claims and all parties." *Id.* at 192-93. If the appealed order or judgment is not appealable, we lack appellate jurisdiction and must dismiss the appeal. *See id.*

We therefore **order** appellants to file a response to the motion to dismiss and a response to this order with 10 days of this order showing why this appeal, to the extent it challenges the February 2018 summary judgment order, should not be dismissed for lack of jurisdiction. If a supplemental clerk's record is required to demonstrate our jurisdiction, appellant must (a) ask the trial court clerk to prepare the record, and (b) notify this court that such a request was made. We

further order the appellate deadlines suspended until further order of this court. If appellant fails to file a satisfactory response by the date ordered, the appeal will be dismissed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.



_____
Keith E. Hottle,
Clerk of Court